BETTY P. SWAYZE v. MARCUS L. WARD HOME FOR AGED
AND RESPECTABLE BACHELORS AND WIDOWERS.

May 1, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. CLARA WALKER.

May 1, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. CECILIA CRUZ.

May 1, 1973. Petition for certification denied.

IN THE MATTER OF
THE ESTATE OF KEJDI WRUBLEWSKI.

May 1, 1973. Petition for certification denied.

ANGELO M. PATERNOSTER v. MILTON PRIGOFF.

May 1, 1973. Petitions for certification denied.

EDWARD D. WILKERSON v. ROBERT E. WALKER.

May 1, 1973. Petition for certification denied.